United States District Court
Southern District of Texas

**ENTERED**

July 22, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELLY PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-1403 |
| | § | |
| ALLSTATE TEXAS LLOYD'S, and | § | |
| MICHAEL JAMES BATDORFF, | § | |
| | § | |
| Defendants. | § | |

<u>ORDER OF REMAND</u>

Pending is Plaintiff's Motion for Remand (Document No. 7), to which Defendants have filed no response. The motion is therefore deemed unopposed pursuant to Local Rule 7.4. Plaintiff's Motion to Remand is supported by verified proof that the total amount in controversy in this case is less than $70,000, exclusive of interest and costs. The only assigned basis for jurisdiction in Defendants' removal of the case was diversity of citizenship. Inasmuch as Defendants have failed to controvert Plaintiff's proof of the limited amount in controversy, the Court finds that it does not have diversity jurisdiction over the case. Accordingly, it is

ORDERED that this case is REMANDED to the 270th Judicial District Court of Harris County, Texas.

The Clerk shall mail a certified copy of this Order to the Clerk of the 270th Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1447, and shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 22nd day of July, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2